# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DEBORAH A. BAKAZAN  
10474 ALDRIDGE DRIVE  
HUNTLEY, IL  60142  

SSN-xxx-xx-2287

Case Number: 07-70261

Case filed on: 2/7/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,313.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DEBORAH A. BAKAZAN | 0.00 | 0.00 | 855.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 855.00 | 0.00 |
| 001 | LITTON LOAN SERVICING LP | 8,178.99 | 8,178.99 | 0.00 | 0.00 |
| 002 | CHASE MANHATTAN MORTGAGE CORP | 959.84 | 0.00 | 0.00 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 16,850.00 | 16,850.00 | 2,600.47 | 644.92 |
|  | Total Secured | 25,988.83 | 25,028.99 | 2,600.47 | 644.92 |
| 001 | LITTON LOAN SERVICING LP | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FORD MOTOR CREDIT CORP | 2,068.98 | 206.90 | 0.00 | 0.00 |
| 004 | HSBC AUTO FINANCE | 29,772.57 | 2,977.26 | 0.00 | 0.00 |
| 006 | ALGONQUIN DENTAL ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BREATHE EASY HOME RESPIRATORY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CARING FAMILY S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | B-REAL LLC | 4,503.07 | 450.31 | 0.00 | 0.00 |
| 011 | DISCOVER FINANCIAL SERVICES | 316.87 | 31.69 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 324.23 | 32.42 | 0.00 | 0.00 |
| 013 | GREATER ELGIN EMERGENCY SPECIALIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | HSBC MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 498.04 | 49.80 | 0.00 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 2,958.29 | 295.83 | 0.00 | 0.00 |
| 017 | GE CONSUMER FINANCE | 62.96 | 6.30 | 0.00 | 0.00 |
| 018 | MIDWEST PULMONARY & SLEEP CONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NAUTILUS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SURGICAL ASSOCIATES OF FOX VALLEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | WFFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WFFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CENTEGRA HEALTH SYSTEM | 370.66 | 37.07 | 0.00 | 0.00 |
| 026 | DAVID BAKAZAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 40,875.67 | 4,087.58 | 0.00 | 0.00 |
|  | Grand Total: | 66,864.50 | 29,116.57 | 3,455.47 | 644.92 |

Total Paid Claimant:    $4,100.39  
Trustee Allowance:     $212.61  
Percent Paid Unsecured:    0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007     By  /s/Heather M. Fagan